SAMUEL BARNETT, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

Argued January 14, 1941; decided March 6, 1941.

*Samuel Lawrence Brennglass* and *Alvin T. Sapinsley* for appellant.

*William Marshall Bullitt* and *Harry Cole Bates* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.